UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD PHILLIPS,

    Plaintiff,

vs.

CITY OF SOUTHFIELD, a
Municipal corporation, SCOTT KRAEMER,
#120, PAUL KINAL, #96, and CRAIG
DOWLING, #38, each, individually and in
their official capacities with the
City of Southfield Police Department,
jointly and severally,

    Defendants.
_____/

Case No: 2:07-CV-10764
Hon. George Caram Steeh
Magistrate Judge Mona K. Majzoub

LAW OFFICES OF CHUI KAREGA
BY:    CHUI KAREGA (P27059)
Attorney for Plaintiff
19771 James Couzens Highway
Detroit, MI 48235
(313) 864-0664

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
BY:    T. JOSEPH SEWARD (P35095)
Attorneys for Defendants
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
_____/

### STIPULATED ORDER FOR DEFENDANTS TO WITHDRAW THEIR MOTION TO COMPEL PSYCHIATRIC IME

    IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the Defendants will withdraw their motion to compel a psychiatric independent medical examination of the Plaintiff, and furthermore, that Plaintiff stipulates

that he will not be offering any testimony of a psychiatrist or psychologist or like person, and furthermore, that Plaintiff will not be introducing any records regarding any psychological or psychiatric claims of the Plaintiff; except Plaintiff will offer his testimony of emotional distress arising from the events leading to this action.

| | |
|---|---|
| s/Chui Karega (w/consent)<br>Chui Karega (P27059)<br>19771 James Couzens Highway<br>Detroit, Michigan 48235-1937<br>(313) 864-0663<br>Email: ck27059@msn.com<br>Attorney for Plaintiff | s/T. Joseph Seward<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>33900 Schoolcraft<br>Livonia, MI 48150<br>Phone: (734) 261-2400<br>Primary E-mail: tjseward@cmda-law.com<br>P 35095<br>Attorney for Defendants |

### ORDER

**Upon reading and filing the above stipulation, IT IS SO ORDERED.**

Dated: January 10, 2008       s/ Mona K. Majzoub
                             U. S. DISTRICT COURT MAGISTRATE JUDGE

C:\Documents and Settings\Bartlett\Local Settings\Temp\notesBAAA25\phillipss&odismissmot.wpd